# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

FRANKLIN A. EDWARDS                                                                                          PLAINTIFF

VS.                                              4:11CV00528 JTR

ARKANSAS STATE HIGHWAY AND
TRANSPORTATION DEPARTMENT                                                                DEFENDANT

## JUDGMENT

Judgment is entered in favor of Defendant Arkansas State Highway and Transportation Department. Plaintiff's Complaint is DISMISSED, WITH PREJUDICE.

IT IS SO ORDERED this 3rd day of April, 2012.

_____
UNITED STATES MAGISTRATE JUDGE